UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gloria M. Biske,

    Petitioner,

v.                                             Civil No. 15-3895 (JNE/LIB)
                                               ORDER

Warden, FCI Waseca,

    Respondent.

In a Report and Recommendation dated May 6, 2016, the Honorable Leo I. Brisbois, United States Magistrate Judge, construed Petitioner's motion to voluntarily dismiss as a notice of voluntary dismissal, recommended that the action be dismissed without prejudice, and recommended that Respondent's motion to dismiss be denied as moot. No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition [Docket No. 28]. Therefore, IT IS ORDERED THAT:

    1.    This action is DISMISSED WITHOUT PREJUDICE.

    2.    Respondent's motion to dismiss [Docket No. 11] is DENIED as moot.

    3.    The Clerk of Court shall terminate Docket No. 27.

Dated: May 31, 2016

                                                       s/Joan N. Ericksen
                                                       JOAN N. ERICKSEN
                                                       United States District Judge